UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Mark Martin

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag. 8834

Defendant Mark Martin hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☒ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ Mark Martin, electronic signature placed by USMJ Lisa Margaret Smith with permission from the defendant
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/s/ Susanne Brody
Defendant's Counsel's Signature

Mark Martin
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

*Lisa Margaret Smith* (signature)

8/19/2020
Date

~~U.S. District Judge~~/U.S. Magistrate Judge